IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                               )<br>        Plaintiff,              )<br>                               )<br>    v.                         )<br>                               )<br> MAURICE BROWN,                 )<br>                               )<br>        Defendant.             )  | **I N D I C T M E N T**<br><br>CASE NO.  **1:20 CR 076**<br><br>Title Title No, United States Code, Section 922(g)(1) and 924(a)(2)<br><br>**JUDGE BARKER** |

<u>COUNT 1</u>
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. § 922(g)(1)) and 924(a)(2)))

The Grand Jury charges:

That on or about September 18, 2019 in the Northern District of Ohio, Eastern Division, Defendant MAURICE BROWN, knowing he had previously been convicted of a crime punishable by imprisonment for terms exceeding one year, that being: Involuntary Manslaughter, on or about February 27, 2008, in Case Number CR-07-493773, in Cuyahoga County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit, a loaded .22 caliber RG Industries semi-automatic handgun bearing serial number 253221 and 6 rounds of ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

Original document  - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.